NORTHERN WESTCHESTER LIGHTING COMPANY, Appellant,
    *v.* THE PRESIDENT AND TRUSTEES OF THE VILLAGE
    OF OSSINING, Respondent.

*Northern Westchester Lighting Co.* v. *Vil. of Ossining,* 179 App. Div. 135, appeal dismissed.

(Argued September 29, 1919; decided October 7, 1919.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 25, 1917, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and granting a new trial.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to entertain the appeal, the reversal by the Appellate Division having been on the facts.

*Thomas G. Barnes* for motion.

*Joseph A. Greene* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.